938

No. 757. Marquette Casualty Co. v. Phoenix Assurance Co. of New York et al. C. A. 5th Cir. Certiorari denied. *James J. Morrison* for petitioner.

No. 760. Sportservice Corporation et al. v. Northern Illinois Development Corp. C. A. 7th Cir. Certiorari denied. *Edward J. Kelly* and *John T. Coburn* for petitioners. *Wayland B. Cedarquist* for respondent.

No. 768. Stone v. United States. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 770. Bethlehem Steel Co. v. Samuelson. C. A. 5th Cir. Certiorari denied. *W. Brown Morton, Jr.* and *Stanton T. Lawrence, Jr.* for petitioner. *James F. Weiler* for respondent.

No. 773. General Radio Co. v. Superior Electric Co. C. A. 3d Cir. Certiorari denied. *Robert H. Rines* for petitioner. *Stephen H. Philbin* for respondent.

No. 776. Moses H. Cone Memorial Hospital et al. v. Simkins et al. C. A. 4th Cir. Certiorari denied. *Charles E. Roth* and *Thornton H. Brooks* for petitioners. *Jack Greenberg, James M. Nabrit III* and *Conrad O. Pearson* for Simkins et al., respondents. *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Howard A. Glickstein* filed a memorandum for the United States.

No. 928, Misc. Ashwell v. North Carolina. Supreme Court of North Carolina. Certiorari denied.